ELLEN HENDERSON, RESPONDENT, *v.* JAMES SCOTT, APPELLANT.

Order affirmed, with $10 costs, and disbursements. Held, that the order setting aside the nonsuit on the minutes was not void, but at most only voidable on appeal or by motion.

CHARLOTTE BLODGETT, APPELLANT, *v.* ORANGE C. BLODGETT, RESPONDENT.

Order affirmed, with $10 costs, and disbursements, on opinion of HAIGHT, J., at Special Term.

JOHN MILLER, RESPONDENT, *v.* THE JEFFERSON COUNTY NATIONAL BANK, APPELLANT.

Judgment of the County Court and that of the justice reversed. Held, that there was no proof of the authority of Wilbur to employ plaintiff to render the services for defendant.

WILLIAM W. STARKWEATHER, APPELLANT, *v.* NATIONAL UNION BANK, RESPONDENT.

Judgment of the County Court appealed from affirmed. Held, that the bill of sale only transferred to the plaintiff such belting as was in the shop.

GEORGE W. COE, RESPONDENT, *v.* ALONZO B. RAYMOND AND OTHERS, APPELLANTS.

Judgment and order affirmed. Held (1), that the answer does not set up a want of jurisdiction in the County Court. (*Dake* v. *Miller*, 15 Hun, 556, followed.) (2) The question of Phillips' agency was properly submitted to the jury.

EATON J. RICHARDSON, AS EXECUTOR, &c., OF LUTHER HALL, DECEASED, RESPONDENT, *v.* THE NEW YORK CENTRAL & HUDSON RIVER RAILROAD COMPANY, APPELLANT.

Judgment and order affirmed, HARDIN, J., not sitting. Held, (1) No question was taken below as to the form of the verdict. (2) The verdict was right on the merits, as the injury resulting from obstructing the flow from the spring was a continuing injury, which the former recovery did not bar.